No. 81–2095. CLANCY ET AL. v. JARTECH, INC., ET AL., *ante*, p. 879;

No. 81–2096. CLANCY ET AL. v. JARTECH, INC., ET AL., *ante*, p. 826;

No. 81–2114. GUNTER ET UX. v. HUTCHESON ET AL., *ante*, p. 826;

No. 81–2143. THOMPSON v. COVINGTON HOUSING DEVELOPMENT CORP. ET AL., *ante*, p. 828;

No. 81–2163. CHESTNUTT ET AL. v. FOGEL ET AL., *ante*, p. 828;

No. 81–2210. GREYHOUND LINES, INC. v. PRICE, *ante*, p. 831;

No. 81–2306. LOCAL 66, BOSTON TEACHERS UNION, AFT, AFL–CIO v. BOSTON SCHOOL COMMITTEE ET AL., *ante*, p. 881;

No. 81–2310. ELLERBE v. OTIS ELEVATOR CO., *ante*, p. 802;

No. 81–2346. REXROAT v. THORELL, *ante*, p. 837;

No. 81–2389. STEPAK v. RUTGERS MEDICAL SCHOOL ET AL., *ante*, p. 804;

No. 81–2407. MISKOVSKY v. OKLAHOMA PUBLISHING CO., *ante*, p. 923;

No. 81–6480. FIELDS v. TEXAS, *ante*, p. 841;

No. 81–6710. MICHAELIS v. NEBRASKA STATE BAR ASSN., *ante*, p. 804;

No. 81–6777. CAPE v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC CLASSIFICATION CENTER, *ante*, p. 882;

No. 81–6779. WILLIAMS v. INDIANA, *ante*, p. 808;

No. 81–6818. CHRISTENSEN v. UTAH, *ante*, p. 802;

No. 81–6837. JOHN v. GOVERNMENT OF THE VIRGIN ISLANDS, *ante*, p. 848;

No. 81–6918. KNOTT v. MABRY, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 851; and

No. 81–6930. DIN v. LONG ISLAND LIGHTING CO., *ante*, p. 852. Petitions for rehearing denied.